THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELA BYERS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—larceny, third degree; assault, third degree.) Present—Callahan, J. P., Doerr, Denman, Balio and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO FELDER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Erie County Court, Forma, J.—attempted burglary, third degree, and another charge.) Present—Callahan, J. P., Doerr, Denman, Balio and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEATRICIA GIOVANNIELLO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Niagara County Court, Hannigan, J.—attempted grand larceny, fourth degree.) Present—Callahan, J. P., Doerr, Denman, Balio and Lawton, JJ.